ACCEPTED
03-15-00076-CR
5934216
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/6/2015 8:54:47 AM
JEFFREY D. KYLE
CLERK

**IN THE THIRD COURT OF APPEALS**
**FOR THE STATE OF TEXAS**

**EVERTON ROXROY BAILEY, JR.**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/6/2015 8:54:47 AM
JEFFREY D. KYLE
Clerk

**V.**                                                   **NO. 03-15-00076-CR**

**THE STATE OF TEXAS**

**APPELLANT'S FIRST MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Everton Roxroy Bailey, Jr., by and through his attorney of record, Dal Ruggles, and files this his First Motion for Extension of Time to File Brief and in support thereof, would show the Court the following:

**I.**

That the above-styled and numbered cause is styled The State of Texas v. Everton Roxroy Bailey, Jr., Cause Number 13-0933-K26 in the 26th Judicial District Court of Williamson County, Texas.

**II.**

Appellant was convicted of Aggravated Assault w/Deadly Weapon – Family Violence w/Serious Bodily Injury. Appellant was sentenced on January 8, 2015 and punishment was assessed at thirty-seven (37) years imprisonment.

**III.**

Appellant's notice of appeal was filed on January 28, 2015. A motion for

1

new trial was filed on January 14, 2015. The reporter's record was filed on May 22, 2015. The clerk's record was filed on February 10, 2015. A supplemental clerk's record was filed on February 12, 2015. The due date for the brief is Friday, July 3, 2015.

## IV.

This is Appellant's first motion for extension of time to file his brief. Appellant respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Friday, August 14, 2015.

## V.

The undersigned attorney has been unable to complete the brief due to lack of time. Counsel's workload has been such that he has not been able to devote sufficient time to complete the brief. He asks that this extension be granted so that he may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,

 /s/  Dal Ruggles
DAL RUGGLES
Attorney at Law
1103 Nueces St.
Austin, Texas 78701
Phone: (512) 477-7991
Facsimile: (512) 477-3580
SBN: 24041834
Email: dal@ruggleslaw.com
ATTORNEY FOR APPELLANT

2

## CERTIFICATE OF SERVICE

I, Dal Ruggles, hereby certify that a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to File Brief was e-served to Mr. John C. Prezas of the Williamson County District Attorney's Office on this the 2nd day of July, 2015.

/s/ Dal Ruggles
DAL RUGGLES